IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUNILDA GONZALEZ-MARCANO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-3714 |
| US AIRWAYS GROUP, INC., ET AL. : | |

**SURRICK, J.**                                                                                         **JANUARY 31 , 2014**

# ORDER

**AND NOW**, this  31st   day of   January   , 2014, upon consideration of Defendant US Airways Group, Inc.'s Motion to Dismiss (ECF No. 1-1), Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 1-15), and Plaintiff's Motion for Fees and Expenses (ECF No. 1-21), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint is **GRANTED**.

    The Amended Complaint attached to Plaintiff's Motion is deemed filed.

    (ECF No. 1-16).

2. Plaintiff's claims against US Airways Group, Inc. are **DISMISSED**.

3. Defendant US Airways Group, Inc.'s Motion to Dismiss is **DISMISSED** as moot.

4. Plaintiff's Motion for Fees and Expenses is **DENIED**.

**IT IS SO ORDERED.**

                                                                                                        **BY THE COURT:**

                                                                                                        _____
                                                                                                        **R. BARCLAY SURRICK, J.**