IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUNILDA GONZALEZ-MARCANO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-3714 |
| US AIRWAYS, INC., ET AL. | : | |

## ORDER

**AND NOW**, this  24th  day of  June , 2014, upon consideration of Defendants' Motion to Dismiss (ECF No. 27), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED** without prejudice.
2. Plaintiff shall have fourteen (14) days from the date of this order to file an amended complaint.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**