IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUNILDA GONZALEZ-MARCANO | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 13-3714 |
| US AIRWAYS, INC. ET. AL. | : | |

## O R D E R

**AND NOW**, this   3rd   day of   September  , 2014, after consideration of Defendants US Airways, Inc. and ABC Insurance Company's Motion to Dismiss ABC Insurance Company (ECF No. 37), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.  ABC Insurance Company is **DISMISSED** from this action.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**